# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02782-ZLW

SIRRLOVE REESE WILLIAMS,

    Plaintiff,

v.

SGT. DOUGHTRIE,

    Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on Plaintiff's motion titled "Motion to Amend Run Cases Together," filed on February 13, 2009. Plaintiff seeks to consolidate the instant case with two other pending cases he also has initiated in this Court. This case was dismissed on February 2, 2009. Therefore, the motion is DENIED as moot.

Dated: February 18, 2009

Copies of this Minute Order were mailed on February 18, 2009, to the following:

Sirrlove R. Williams
Prisoner No. 1613915
Denver County Jail
P.O. Box 1108
Denver, CO 80201

Secretary/Deputy Clerk